IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERRY ADAMS, JERRY EDRINGTON, BEN GOMEZ and MICHAEL HICKS, on behalf of themselves and on behalf of all others similarly situated, | § § § § § § | Case No. 4:09-cv-00474 |
| PLAINTIFFS, | § § | **JURY TRIAL DEMANDED** |
| -against- | § § | |
| STANFORD GROUP COMPANY, STANFORD FINANCIAL GROUP, STANFORD INTERNATIONAL BANK LTD., STANFORD HOLDINGS, INC., STANFORD CAPITAL MANAGEMENT, LLC, R. ALLEN STANFORD, JAMES DAVIS, LAURA PENDERGEST-HOLT, JAY COMEAUX and JASON GREEN, | § § § § § § § § § § § | |
| DEFENDANTS. | § | |

## ORDER GRANTING MOTION TO DISMISS

This matter came before me, the undersigned United States District Judge, on Plaintiffs' motion to dismiss the above-captioned case with prejudice. Counsel for the Receiver does not oppose the relief requested in the motion. It appears that Plaintiffs' motion to dismiss is both necessary and appropriate.

IT IS THEREFORE ORDERED THAT:

1. The motion is granted in all respects;

2. The case is dismissed with prejudice.

So Ordered and signed, this 28th day of September, 2009.

_____
HONORABLE VANESSA GILMORE
UNITED STATES DISTRICT JUDGE